COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:        Elizabeth Helbing v. Oliver Alan Hunt and John William Deaver

Appellate case number:      01-11-00590-CV

Trial court case number:    2009-31060-A

Trial court:                281st District Court of Harris County

   Appellees, Oliver Alan Hunt and John William Deaver, have filed a Motion for Reconsideration En Banc of this Court's opinion and judgment issued November 29, 2012. Appellees' motion fails to comply with Texas Rules of Appellate Procedure, which provide that a motion for en banc reconsideration "must be no longer than 15 pages." *See* TEX. R. APP. P. 49.10. Accordingly, we strike appellees' Motion for Reconsideration En Banc. Appellees have until January 24, 2013 to file a motion for reconsideration that complies with the Texas Rules of Appellate Procedure.

   It is so ORDERED.


Judge's signature: /s/ Terry Jennings
     ☑ Acting individually ☐ Acting for the Court




Date: January 9, 2013